IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-40050-WDS |
| ) | |
| AARON PEPPLE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is defendant's motion to continue the trial and final pre-trial in this matter (Doc. 39).[1] Defense counsel asserts that additional time is needed to allow the defendant time to seek medical treatment for a possible staph infection, and thereafter to allow defense counsel to meet with his client to both prepare for trial and to explore the possibility of a plea agreement. The government does not object to the defendant's motion to continue.

The Court notes that the fact that the defendant may have a possible staph infection and due to that fact has been placed in segregation, creates a situation wherein defense counsel is not able to adequately meet with the defendant to either prepare for trial or discuss possible plea negotiations.

Therefore, upon review of the record, the Court **FINDS** that it is appropriate to continue the trial of this matter. The Court **FURTHER FINDS** that defense counsel has exercised due diligence in preparing for trial and that failure to grant a continuance in this matter would deny

---

[1] Counsel erroneously indicates that the final pre-trial conference is scheduled for February 24, 2007, and the trial for February 26, 2007. The current dates scheduled are final pre-trial conference on January 24, 2007, and trial on January 30, 2007.

1

counsel for the defendant reasonable time necessary to prepare for trial, including pursuing the possibility of a plea agreement, and any issues regarding possible medical treatment required by the defendant.  The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance.  18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion to continue the trial.  This matter is rescheduled for a Final Pre-Trial conference on March 5, 200, at 11:00 A.M. and trial on Tuesday, March 20, 2007, at 9:00 A.M.  All time between the filing of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: January 11, 2007.**

            **s/ WILLIAM D. STIEHL**
             **DISTRICT JUDGE**